IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MELBA JOYCE RIVERA,

    Plaintiff,

  vs.                                            No. CIV 11-827 WPJ/LFG

FAST EDDIE'S, INC., EDDIE NELSON,
DIANE NELSON, and CHRIS BLETHIN,

    Defendants.

  and

MELBA JOYCE RIVERA, as assignee
of Fast Eddie's, Inc., EDDIE NELSON,
DIANE NELSON and CHRIS BLETHIN,

    Third-Party Plaintiff,

  vs.

VALLEY FORGE INSURANCE COMPANY,
dba CNA Insurance Company,

    Third-Party Defendant.

## ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THIS MATTER having come before the Court, and parties having waived objections to the Magistrate Judge's recommendation on a fairness hearing (Doc. 153) that the settlement in this case be approved based on Plaintiff's agreement to dismiss both her complaint and appeal, with prejudice, against Valley Forge, and Valley Forge's agreement that it will not pursue its requests for costs and attorney's fees, it is

**THEREFORE ORDERED** that the Magistrate Judge's Report and Recommendation (Doc. 153) is hereby ADOPTED by the Court.

_____
UNITED STATES DISTRICT JUDGE